124 F.3d 186
 James P. Fullwood
v.
Delaware County Prison, Levandowski, Captain, Murphy,
Lieutenant, Storm, Sergeant, Heyslip, Corporal, Amy,
Corporal, Wright, Correctional Officer, Gross, Correctional
Officer, Olejniczak, Correctional Officer, Bassetti,
Correctional Officer, Carrillo, Doctor, Salvo, Correctional
Officer, Convey, Counselor
 NO. 96-1689
 United States Court of Appeals,
Third Circuit.
 July 17, 1997
 
 Appeal From: E.D.Pa. ,No.94cv03821 ,
 Newcomer, J.
 
 
 1
 Affirmed.